FILED
FEB -8 2022
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:22cr16-WKW-KFP |
| | ) | [18 U.S.C. § 2251(a) and (e); |
| MATTHEW AARON WINDSOR | ) | 18 U.S.C. § 2252A(a)(5)(B) & (b)(2)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Sexual Exploitation of a Child)

On or about an unknow date through July 22, 2020, in Elmore County, within the Middle District of Alabama, and elsewhere, the defendant,

MATTHEW AARON WINDSOR,

employed, used, persuaded, induced, enticed, and coerced and attempted to employ, use, persuade, induce, entice, and coerce any minor, to wit: Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and transporting and transmitting such visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
(Possession of Child Pornography)

On or about July 22, 2020, in Elmore County, within the Middle District of Alabama, and elsewhere, the defendant,

## MATTHEW AARON WINDSOR,

knowingly possessed material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

A.  The allegations contained in Counts 1 through 2 of this Indictment are incorporated by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B.  Upon conviction for the violations of Title 18, United States Code, Sections 2251 and 2252A as alleged in Counts 1 through 2 of this Indictment, the defendant,

## MATTHEW AARON WINDSOR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)  any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other

matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    (2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and,

    (3)    any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Such property includes, but is not limited to: Apple iPhone 11, IMEI # 353971106078327.

C.    If any of the property described above, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United Sates Code, Section 2253.

A TRUE BILL:

_____
Foreperson

SANDRA STEWART
UNITED STATES ATTORNEY

_____
J. Patrick Lamb
Assistant United States Attorney

_____
Eric M. Counts
Assistant United States Attorney

4