IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CR-16-WKW |
| ) | [WO] |
| MATTHEW AARON WINDSOR, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that, pursuant to 18 U.S.C. § 3664(d)(5), an on-the-record restitution hearing is set for January 18, 2023, at 10:45 a.m., in courtroom 2-B, Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal is DIRECTED to arrange for Defendant's appearance at the restitution hearing.

DONE this 18th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE